# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1299

_____

United States of America,            *
                                     *
              Appellee,              *
                                     *    Appeal from the United States
      v.                             *    District Court for the
                                     *    District of Nebraska.
Elizabeth Anderson,                  *
                                     *    [UNPUBLISHED]
              Appellant,             *
                                     *
Unifund CCR Partners,                *
                                     *
              Defendant.             *

_____

Submitted: June 24, 2011
Filed: June 29, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Elizabeth Anderson appeals the district court's[1] adverse grant of summary judgment in this foreclosure action. After carefully reviewing the record, we conclude that summary judgment was proper for the reasons the district court stated, and we find no abuse of discretion in the refusal to appoint counsel to represent Ms.

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

Anderson, <u>see</u> <u>Davis v. Scott</u>, 94 F.3d 444, 447 (8th Cir. 1996).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____